**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __NJ__ (State)

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  QUANTEX LABORATORIES, INC.

2. **All other names debtor used in the last 8 years**  NONE
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  22-3243303

4. **Debtor's address**

   Principal place of business:
   300 Eastpark Blvd
   Ste 100
   Cranbury, NJ 08512
   County: MIDDLESEX

   Mailing address, if different from principal place of business: ____

   Location of principal assets, if different from principal place of business: ____

5. **Debtor's website (URL)**  QuantexLabs.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  *Quantex Laboratories, Inc.*     Case number (if known) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5  4  1  7

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When __/__/____  Case number _____
                            MM / DD / YYYY
     District _____  When __/__/____  Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
     District _____  When __/__/____
                            MM / DD / YYYY
     Case number, if known _____

Debtor  _Quantex Laboratories, Inc._    Case number (if known) _____
         Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number    Street

_____
City                    State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 3

Debtor _____    Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/19/2017

X _[signature]_     **James Menoutis**
Signature of authorized representative of debtor     Printed name

Title **CEO**

**18. Signature of attorney**

X _[signature]_     Date 06/19/2017
Signature of attorney for debtor

Printed name: PAUL GAUER ATTORNEY
Firm name: 347 FRANKLIN STREET
Number Street: BLOOMFIELD, NJ 07003
(973) 743-7050

Contact phone: 973-743-7050
Email address: gauerLAWCaoL.com
State: NJ

Bar number: 014 271 979

Fill in this information to identify the case:

Debtor name __QUANTEX Laboratories, INC__

United States Bankruptcy Court for the: _____ District of __NJ__ (State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sun National Bank, 350 Fellowship Rd, Mt Laurel, NJ 08054 | Michael Brown, Esq DEMBO, BROWN & BURNS LLP mbrown@dbblegal.com (856) 354-8866 | Bank Loans | | 515,047.39 | | |
| 2 | State of New Jersey Dept Banking & Insurance 20 West State St Trenton, NJ | Commissioner Banking & Insurance | Fines | | | | 154,991.00 |
| 3 | IBIS Capital Group, LLC 1 Blue Hill Plaza, Ste 1514 Pearl River, NY 10965 | Dan Lechtar (855) 758-6947 | Business loans | | | | 90,740.55 |
| 4 | EastPark At 8A, c/o Eastern Properties 4A Cedar Brook Drive Cranbury, NJ 08512 | Aaron Drillick adrillick@easternproperties.net 609-655-5400 | Rent | ✓ future rents are contingent | | | 71,366.36 |
| | 1st Global Capital 1250 East Hallandale Beach Blvd., Suite #409 Hallandale Beach, FL 33009 | Evens Bellevue 954-391-5001 evens@1stglobalcapital.com | Business Loan | | | | 68,545.36 |
| | Direct Capital A Division of CIT Bank, N.A. 155 Commerce Way Portsmouth, NH 03801 | Customer Service 800-999-9942 | Equipment Lease | | 65,632.70 | | |
| | Perkin Elmer 710 Bridgeport Ave, M/S 10 Shelton, CT 06484 | Jaclyn Scarduzio Dopke, Esq FLEISCHER, FLEISCHER &SUGLIA, (856)489-8977 | Trade Debt | | | | 56,428.00 |
| | Gentech Scientific Inc. 23 Mill St, Arcade, NY 14009 | Eugene Banta, Esq. c/o Heitner & Breitstein 732-780-5900 ebanta@nycnjlaw.com | Trade Debt | | | | 27,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor _____    Case number (if known) _____
       Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Capital One Bank P.O. Box 30285 Salt Lake City, UT 84130-0285 | Customer Service: 1-800-867-0904 | Credit Card Trade Debt | | | | 16,185.48 |
| 10 | Advancestar 131 West First Street Duluth, Minn 55802 | Acct Receivable Dept 218-740-7200 | Trade Debt | | | | 6,000.00 |
| 11 | ContractPharma 70 Hilltop Rd, 3rd Flr Ramsey, NJ 07446 | Acct Receivable Dept 201-825-2552 | | | | | 4,345.00 |
| 12 | Rent A Lab 955 Campus Drive Mundelein, IL 60060 | Acct Receivable Dept 847-913-0777 | Equipment Lease | | | | 15,300.00 |
| 13 | Share & Harris 5-C Auer Court East Brunswick, NJ 08816 | William Harris 732-238-0055 shareharris@msn.com | Professional Services | | | | 5,000.00 |
| 14 | Cowan, Gunteski & Co 40 Bey Lea Rd, Toms River, NJ 08753 | Sharyn Maggio 732-349-6880 | Professional Services | | | | 7,123.60 |
| 15 | Rodman Media 70 Hilltop Rd, 3rd Flr Ramsey, NJ 07446 | Acct Receivable Dept 201-825-2552 | Trade debt | | | | 4,686.50 |
| 16 | Marcum LLP 3443 State Rt 66 Neptune, NJ 07753 | Acct Receivable Dept 732-922-9900 | Professional Services | 4,442.13 ✓ | | Note: they hold a $6,000 retainer which they have refused to return | |
| 17 | Stones Throw PO Box 531 Cranbury, NJ 08512 | Deanne Napporano (609) 395-0650 | Trade debt | | | | 4,475.00 |
| 18 | Equipment Damage Consultants LLC 96 Riverbrook Ave. Lincroft, NJ 07738 | Mark Krzyzanowski (732) 530-9863 mark@eqdamcon.com | Professional Services | | | | 3,403.60 |
| 19 | Fisher Scientific Co. LLC 3970 Johns Creek Court Suwanee, GA 30024 | 800-766-7000 | Trade Debt | | | | 3,540.95 |
| 20 | System One Holdings, LLC, dba/ Joule Scientific P.O. Box 644722 Pittsburgh, PA 15264 | | Trade Debt | | | | 2,556.40 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District Of **NJ**

**In re**

**Quantex Laboratories, INC**

Case No. _____

**Debtor**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept *initial proposition* $300 + $3500 + $1717 cost   $ **5517**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ **5517**

   Balance Due . **$300/HR** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . by $ **Fee Application**

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6/19/2017
Date

_Signature of Attorney_

PAUL GAUER ATTORNEY
Name of law firm 347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050